JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA SMITH,<br><br>                Plaintiff,<br><br>     v.<br><br>SUBARU OF AMERICA, INC.; and DOES 1 through 10, Inclusive,<br><br>                Defendants. | Case No. 8:23-cv-01782-FWS-DFM<br><br>**JUDGMENT** |

///
///
///

Pursuant to Plaintiff Susanna Smith's ("Plaintiff") acceptance of Defendant Subaru of America, Inc.'s ("Defendant") Offer of Judgment to Plaintiff Pursuant to Federal Rule of Civil Procedure 68, dated January 15, 2025, as filed with the court, (Dkt. 39-2 ("Rule 68 Offer")), and the court's January 27, 2025, Order (Dkt. 40), the court hereby **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant in the amount of **$65,000.00**.

**IT IS SO ORDERED**.

Dated: March 5, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE